# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN K. CHELSEA-ENOS, et al.,<br><br>Plaintiffs,<br>v.<br>BLUE CROSS OF CALIFORNIA, et al.,<br><br>Defendants. | CASE NO. 06-CV-1366 W (WMC)<br><br>**ORDER GRANTING JOINT MOTION** |

On February 5, 2007, the parties jointly filed a motion requesting a stay to conduct settlement discussions and draft a class-action settlement agreement. Good cause appearing, the court hereby **GRANTS** the motion. The case shall be stayed until March 22, 2007.

**IT IS SO ORDERED.**

DATED: February 7, 2007

_____
Hon. Thomas J. Whelan
United States District Judge